# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ROSALBA H. IBARRA, | CASE NO. 05CV1141 WQH (CAB) |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | |
| Defendant. | |

HAYES Judge,

The matter before the court is the review of the Report and Recommendation Re Cross-Motions for Summary Judgment (#13) filed on August 30, 2006 by United States Magistrate Judge Cathy Ann Bencivengo.

## BACKGROUND

On March 29, 1994, Plaintiff Rosalba H. Ibarra filed her first application for Social Security Income benefits alleging disability caused by hypertension, having only one kidney, gall bladder problems, and back pain. On April 3, 1996, Plaintiff's first application was denied by decision of the ALJ. The Appeals Council denied Plaintiff's request for review. Plaintiff did not seek judicial review and the decision of the ALJ became final.

On September 23, 2003, Plaintiff filed her second application Social Security Income benefits alleging disability caused by back pain, hypertension and depression. On March 9, 2004, the Administrative Law Judge (ALJ) issued a decision finding Plaintiff was not under

1  a disability as defined in the Social Security Act.  The ALJ found that Plaintiff had
2  impairments of chronic back pain with degenerative changes and status post left-sided
3  nephrectomy which are severe but do not meet or equal a listed impairment.  The ALJ
4  concluded that Plaintiff has the residual functional capacity to perform light level functioning
5  on a routine and sustained basis and that she is not precluded by her residual functional
6  capacity from performing her past relevant work.  The Appeals Council denied Plaintiff's
7  request for review.

8  On June 1, 2005, Plaintiff filed this action pursuant to Section 405(g) of the Social
9  Security Act seeking judicial review of the final decision of the Defendant denying her claim
10  for disability benefits.

11  On June 3, 2005, this Court referred the matter to the Magistrate Judge for a Report and
12  Recommendation pursuant to 28 U.S.C. § 636(b)(1).

13  On June 30, 2006, Plaintiff moved for an order reversing the decision of the ALJ and
14  remanding to the Commissioner.  Plaintiff asserts that the ALJ committed error by applying
15  *res judicata* to the finding of non-disability in the first application; by rejecting the opinion of
16  her treating physician; and by finding her capable of returning to her past relevant work
17  without the using a vocational expert.

18  On July 28, 2006, Defendant moved the court for an order affirming the decision of the
19  Commissioner to deny benefits.

20  On August 30, 2006, the Magistrate Judge issued a Report and Recommendation
21  recommending that this Court deny Plaintiff's motion for summary judgment (#8) and grant
22  Defendant's motion for summary judgment (#11).  The Report and Recommendation
23  concluded that the ALJ properly applied *res judicata* to the merits of Plaintiff's second
24  application.  The Report and Recommendation concluded that the opinions of Plaintiff's
25  treating physicians were not uncontradicted and that the "ALJ provided specific and legitimate
26  reasons for rejecting the opinion of Dr. Jahn and parts of the opinion of Dr. Garfin." Report
27  and Recommendation, page 12.  The Report and Recommendation further concluded that the
28  ALJ was not required to use a vocational expert because the Plaintiff failed to show that she

1  was unable to return to her previous job.  The Report and Recommendation ordered the parties
2  to file written objections no later than September 8, 2006.  No objections were filed.

### RULING OF THE COURT

When no objections are filed, the district court may assume the correctness of the findings of fact by the Magistrate Judge and decide the motion on the applicable law. *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).  The failure to file objections relieves the district court of the burden to give *de novo* review to findings of fact; the conclusions of law must be reviewed *de novo*.  *Brilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989) (*citing Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)).

After thorough consideration of the findings of fact and *de novo* review of all conclusions of law, the Court adopts the Report and Recommendation filed on August 30, 2006 in its entirety.  The Magistrate Judge correctly concluded that the ALJ's decision that Plaintiff was not disabled under the Social Security Act was free of legal error and supported by substantial evidence.

IT IS HEREBY ORDERED that (1) the Court adopts the Report and Recommendation filed on August 30, 2006 in its entirety; (2) Plaintiff's motion for summary judgment (#8) is denied; and (3) Defendant's motion for summary judgment (#11) is granted.  The Clerk of the Court is directed to enter judgment in favor of Defendant and against Plaintiff.

DATED:  October 10, 2006

**WILLIAM Q. HAYES**
United States District Judge