AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Rosalba H Ibarra

**V.**

Jo Anne B Barnhart

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   05cv1141 WQH(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation in its entirety.  Plaintiff's motion for summary judgment is denied and Defendant's motin for summary judgment is granted.  The Clerk of the Court is directed to enter judgment in favor of Defendant and against Plaintiff.

| October 12, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

/s/ G Cazares

(By) Deputy Clerk

ENTERED ON October 12, 2006

05cv1141 WQH(CAB)